UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN MARTINETTI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SYNCSORT, INC., a New Jersey Corporation, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. C 11-03366 MEJ<br><br>**ORDER MODIFYING THE COURT'S ORDER SETTING CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed: June 8, 2011 |

IT IS HEREBY ORDERED THAT the Case Management Conference currently set for October 21, 2011 at 8:30 a.m. is rescheduled for November 4, 2011 at 8:30 a.m.;

IT IS HEREBY ORDERED THAT the parties shall file a joint case management statement not less than seven (7) days in advance of the Case Management Conference.

IT IS SO ORDERED.

Dated: __October 12, 2011__

Hon. Charles R. Breyer
United States District Judge

IT IS SO ORDERED.
Judge Charles R. Breyer

-3-