Case3:11-cv-03366-CRB Document28 Filed12/14/11 Page4 of 5

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN MARTINETTI, an individual,<br>Plaintiff,<br>vs.<br>SYNCSORT, INC., a New Jersey Corporation, and DOES 1-10, inclusive,<br>Defendants. | Case No. C 11-03366 CRB<br>**ORDER**<br>Complaint Filed: June 8, 2011 |

IT IS HEREBY ORDERED THAT the Case Management Conference currently set for January 6, 2012 at 8:30 a.m. by phone is rescheduled for Friday, Mar 2, 2012 at 8:30 a.m. by phone.

IT IS HEREBY ORDERED THAT the date by which the parties shall complete mediation is extended to March 1, 2012.

IT IS SO ORDERED.

Dated: December 13, 2011

Honorable Charles R. Breyer
United States District Judge

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Charles R. Breyer

JOINT STIPULATION AND REQUEST FOR AN ORDER MODIFYING THE COURT'S ORDER SETTING SCHEDULING CONFERENCE; AND [PROPOSED] ORDER

61614176_1