RITA M. HAEUSLER (SBN 110574)
haeusler@hugheshubbard.com
HUGHES HUBBARD AND REED LLP
350 South Grand Avenue
Los Angeles, CA 90071-3442
Telephone: (213) 613-2800
Facsimile: (213) 613-2950

VILIA B. HAYES (admitted pro hac vice)
hayes@hugheshubbard.com
CHRISTINE FITZGERALD (admitted pro hac vice)
fitzgera@hugheshubbard.com
HUGHES HUBBARD & REED LLP
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004-1482
Telephone: (212) 837-6000
Facsimile: (212) 299-6839

Attorneys for Defendant
SYNCSORT INCORPORATED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| DEAN MARTINETTI,<br><br>        Plaintiff,<br><br>    vs.<br><br>SYNCSORT, INC. and Does 1-10, inclusive,<br><br>        Defendants. | Case No. C 11-03366 CRB<br><br>[Assigned to the Hon. Charles R. Breyer]<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

DOC2 (2)

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the respective parties that the above-titled action be and it hereby is dismissed with prejudice and without costs to any party.

Dated: March 16, 2012

THE VENARDI LAW FIRM

By: /s/ MV
Mark L. Venardi
2033 N. Main Street, Suite 750
Walnut Creek, CA 94596
(925) 937-3900

Attorneys for Plaintiff
Dean Martinetti

HUGHES HUBBARD & REED, LLP

By: /s/ Vilia B. Hayes
Vilia B. Hayes
(admitted pro hac vice)
One Battery Park Plaza
New York, New York 10004
(212) 837-6389

Attorneys for Defendant
Syncsort Incorporated

So Ordered:



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
U.S.D.J.
IT IS SO ORDERED
Judge Charles R. Breyer

DOC2 (2)